MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant David Boruchowitz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICK NELSON,<br><br>     Plaintiff,<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, a former NYE COUNTY SHERIFF SHARON WHERLY, individually, and CAPTAIN DAVID BORUCHOWITZ, individually,<br><br>     Defendants. | Case No.: 2:23-cv-01786-JCM-VCF<br><br>~~Proposed~~ **Joint Discovery Plan and Scheduling Order**<br><br>**Submitted in Compliance with LR 26-1(b)** |

Pursuant to FRCP 26(f), a telephonic conference was held on December 11, 2023 and was attended by Matthew C. Wolf, Esq. of the McNutt Law Firm, P.C., on behalf of Defendant Captain David Boruchowitz (Defendant Boruchowitz) and Thomas Gibson, Esq. of Nye Legal, PLLC on behalf of Plaintiff Rick Nelson (Plaintiff). The parties hereby submit their proposed Discovery Plan and Scheduling Order in compliance with LR 26-1(b).

**DISCOVERY PLAN**

1. <u>Initial Disclosures</u>: The parties will serve their initial disclosures pursuant to FRCP 26(a)(1) on or before **December 29, 2023**.

2. <u>Subjects of Discovery</u>: The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

3. <u>Discovery Cutoff Date</u>: Discovery will cutoff 180 days from the first appearance of Defendant David Boruchowitz, such that discovery closes on **April 30, 2024**.

4. <u>Amending Pleadings and Adding Parties</u>: The deadline to amend pleadings or add

parties shall by 90 days before the discovery date, which is **January 31, 2024**.

     5.    <u>FRCP 26(a)(2) Expert Disclosures</u>:  The deadlines for exchanging expert reports shall be as follows:

     a.    Expert disclosures shall be 60 days before the discovery cutoff date, which is **March 1, 2024**.

     b.    Rebuttal expert disclosures shall be 30 days after the initial expert disclosure, which is **April 1, 2024**.

     6.    <u>Dispositive Motions</u>:  The parties shall file any dispositive motions no later than 30 days after the discovery cutoff, which is **May 30, 2024**.

     7.    <u>Pretrial Order</u>:  A joint pretrial order shall be filed by **May 1, 2024**, which is 30 days after the dispositive motion deadline.  This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court.  The disclosure required by FRCP 26(a)(3), and objections thereto, shall be included in the pre-trial order.

     8.    <u>Extension of Modifications of Discovery Plan and Scheduling Order</u>:  Extensions of the discovery deadlines will not be allowed without a showing of good cause for the extension.  All motions or stipulations to extend discovery must be received by the court at least 21 days before the expiration of the subject deadline and must fully comply with LR 26-4.

     9.    <u>Alternative Dispute Resolution</u>:  The parties certify that they have met and conferred about the possibility of settlement.

     10.    <u>Alternative Forms of Case Disposition</u>:  The parties certify that they have conferred regarding consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and FRCP 73 and the use of the Short Trial Program (General Order 2013-01), however, were not agreeable to these options.

     11.    <u>Electronic Evidence</u>:  A jury demand has been filed in this matter.  The parties certify that they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.

     12.    <u>Preservation of Discoverable Evidence</u>:  The parties hereby agree to preserve for purposes of this litigation relevant evidence in accordance with the Federal Rules of Civil

Procedure, including documents and other tangible things, if applicable. Failure to do so may be grounds for a spoliation instruction at trial following motion practice.

13. <u>Email Service:</u> The parties consent to electronic service, to the extent the size of the submission permits it, of all court filings, not served through ECF (e.g., filings under seal), and such service shall constitute proper service under Fed. R. Civ. P. 5(b)(2)(E). The parties further consent to electronic service of correspondence and discovery, in lieu of other service methods, under Fed. R. Civ. P. 5(b)(2)(E) on all counsel who have entered an appearance on behalf of the party to be served.

| MCNUTT LAW FIRM, P.C. | NYE LEGAL, PLLC |
|---|---|
| */s/ Dan McNutt* <br> Daniel R. McNutt, Esq., Bar No. 7815 <br> Matthew C. Wolf, Esq., Bar No. 10801 <br> 11441 Allerton Park Drive, Suite 100 <br> Las Vegas, Nevada 89135 <br> *Counsel for Defendant Boruchowitz* | */s/ Thomas Gibson* <br> Thomas Gibson, Esq., Bar No. 3995 <br> 1601 East Basin Avenue, #302 <br> Pahrump, Nevada 89060 <br> *Counsel for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 19, 2023

3