# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rick Nelson, | 2:23-cv-01786-JCM-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| Nye County, Nevada et al., | |
| Defendant(s). | |

Pending before the Court is the *Motion to Withdraw as Attorney* (ECF No. 14) and *Motion/Notice of Substitution of Counsel* (ECF No. 15). The *Motion/Notice of Substitution of Counsel* (ECF No. 15) supersedes the *Motion to Withdraw as Attorney* (ECF No. 14).

ACCORDINGLY,

IT IS ORDERED that *Motion to Withdraw as Attorney* (ECF No. 14) is DENIED AS MOOT.

IT IS FURTHER ORDERED that *Motion/Notice of Substitution of Counsel* (ECF No. 15) is GRANTED.

IT IS SO ORDERED that Philip Goodhart, Esq. of the law firm Thorndal Armstrong, PC be substituted in the place of Daniel R. McNutt, Esq., and Matthew C. Wolf, Esq., of the law firm of McNutt Law Firm as attorneys of record for defendant, David Boruchowitz.  Daniel R. McNutt and Matthew C. Wolf, Esq. shall be removed from electronic service in the matter."

DATED this 14th day of February 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge