*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for Defendants Nye County and Sharon Wehrly*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

RICK NELSON,

     Plaintiff,

vs.

NYE COUNTY, NEVADA, a political
subdivision of the State of Nevada, former
NYE COUNTY SHERIFF SHARON
WEHRLY, individually, and CAPTAIN
DAVID BORUCHOWITZ, individually,

     Defendants.
_____/

Case No.: 2:23-cv-01786-JCM-MDC

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

     COMES NOW, the parties, by and through their respective attorneys of record, and hereby stipulate that Defendants NYE COUNTY, NEVADA, a political subdivision of the State of Nevada, former NYE COUNTY SHERIFF SHARON WEHRLY, individually, may

///

///

///

///


ERICKSON, THORPE &
SWAINSTON, LTD.

1

1  be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees

2  related to said dismissal.

3        DATED this 23d day of February, 2024.

4                                            ERICKSON, THORPE & SWAINSTON, LTD.

5

6                                            /s/ Brent Ryman
                                             _____
7                                            BRENT L. RYMAN, ESQ. (#008648)
                                             ERICKSON, THORPE & SWAINSTON, LTD.
8                                            1885 South Arlington Ave., Suite 205
                                             Reno, Nevada 89509
9                                            Telephone: (775) 786-3930
                                             *Attorneys for Defendants*
10  ///                                      *Sharon Wehrly and Nye County*

11        DATED this 23d day of February, 2024.

12                                           GIBSON LAW GROUP, PLLP

13

14                                           /s/ Thomas J. Gibson
                                             _____
15                                           THOMAS J. GIBSON, ESQ. (#003995)
                                             GIBSON LAW GROUP, PLLP
16                                           2340 East Calvada Blvd., Suite 5
                                             Pahrump, Nevada 89048
17                                           Telephone: (775) 209-1035
                                             *Attorneys for Plaintiff Rick Nelson*

18

19  ///

20                                 **ORDER**

21        Upon good cause appearing,

22        IT IS SO ORDERED.

23        DATED February 26, 2024.

24                                           _____
25                                           UNITED STATES DISTRICT JUDGE

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to NRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐    U.S. Mail

☐    Facsimile Transmission

☐    Personal Service

☐    Messenger Service

X    CMECF

addressed to the following:

> THOMAS J. GIBSON, ESQ. (#003995)
> GIBSON LAW GROUP, PLLP
> 2340 East Calvada Blvd., Suite 5
> Pahrump, Nevada 89048
> Telephone: (775) 209-1035
> *Attorneys for Plaintiff Rick Nelson*

> PHILIP GOODHART, ESQ. (#005332)
> THORNDAL ARMSTRONG, PC
> 600 S. Las Vegas Blvd., Suite 400
> Telephone (775) 366-0622
> *Attorneys for Defendant Boruchowitz*

DATED this 23d day of February, 2024.

/s/ Brent Ryman
Brent Ryman

ERICKSON, THORPE &
SWAINSTON, LTD.