PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendant, CAPTAIN DAVID BORUCHOWITZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK NELSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPTAIN DAVID BORUCHOWITZ, individually,<br><br>        Defendant. | Case No. 2:23-cv-01786<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and through their counsel of record, that the above-entitled action be dismissed with prejudice as to all parties, each party to bear their own fees, costs, and expenses.

DATED: December 2, 2024                    DATED: December 3, 2024

NYE LEGAL, PLLC                             THORNDAL ARMSTRONG, PC

*/s/ Thomas J. Gibson*                      */s/ Philip Goodhart*
_____              _____
THOMAS J. GIBSON, ESQ.                      PHILIP GOODHART, ESQ.
Nevada Bar No. 3995                         Nevada Bar No. 5332
1601 E. Basin Ave., Suite 302               600 S. Las Vegas Blvd., Suite 400
Pahrump, Nevada 89060                       Las Vegas, Nevada 89101
Attorneys for Plaintiff                     Attorneys for Defendant,
                                            CAPTAIN DAVID BORUCHOWITZ

*Nelson v. Boruchowitz*
*Case No. 2:23-cv-01786*

**ORDER**

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to all parties, each party to bear their own fees, costs and expenses.

DATED: December 5, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

*/s/ Philip Goodhart*
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
CAPTAIN DAVID BORUCHOWITZ

# Karen M. Berk

| | |
|---|---|
| **From:** | Karen M. Berk |
| **Sent:** | Tuesday, December 3, 2024 8:50 AM |
| **To:** | Karen M. Berk |
| **Subject:** | FW: Nelson v. Boruchowitz |

Begin forwarded message:

> **From:** Tom Gibson <thomas@nyelegal.com>
> **Date:** December 2, 2024 at 3:27:48 PM PST
> **To:** Philip Goodhart <png@thorndal.com>
> **Subject: Re: Nelson v. Boruchowitz**
>
> Dear Phil,
>
> Looks good. You have my approval to e-sign and file.
>
> Merry Christmas!
>
> T. Gibson
>
> On Mon, Dec 2, 2024 at 11:30 AM Philip Goodhart <png@thorndal.com> wrote:
>
>> Tom
>>
>> I wanted to make sure that you received the settlement check for this matter, and have attached a stipulation and order for dismissal that I would like to get filed with the court. Please let me know if I can affix your electronic signature.
>>
>> -Phil.
>>
>> Philip Goodhart | Shareholder | Thorndal Armstrong, PC
>>
>> **PLEASE NOTE OUR NEW ADDRESS:**
>>
>> **600 S. Las Vegas Boulevard, Suite 400**
>>
>> **Las Vegas, NV  89101**
>>
>> Phone: (702) 366-0622 | fax: (702) 366-0327 | png@thorndal.com